### GRANT *v.* SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY.

EVANS, P. J. 1. The statute does not in any case authorize delay in tendering to the trial judge a bill of exceptions alleging error in a judgment rendered during a given term of court for more than thirty days after the adjournment of the court for that term. Civil Code (1910), § 6152; *Crawford* v. *Goodwin,* 128 *Ga.* 134 (57 S. E. 240); *First National Bank of Forsyth* v. *Taylor,* 138 *Ga.* 119 (74 S. E. 783).

2. Where a judge of the superior court signs a bill of exceptions as of a certain date, there is no provision of law for him to give a supplemental certificate as to the time when and the circumstances under which he signed the original certificate, with a view to determining whether the bill of exceptions was tendered within the time required by law. By signing the first certificate the judge exhausts his power in that regard, and can not add a supplementary certificate explanatory of the first. *Woolf* v. *State,* 104 *Ga.* 536 (30 S. E. 796); *Cordray* v. *Savannah Union Station Co.,* 134 *Ga.* 865 (68 S. E. 697); *Dyson* v. *Southern Railway Co.,* 113 *Ga.* 327 (38 S. E. 749); *Langston* v. *Langston,* 141 *Ga.* 675 (82 S. E. 36).

*Writ of error dismissed. All the Justices concur.*

MAY 10, 1916. REHEARING DENIED JUNE 26, 1916.

Action; from Cobb superior court. Motion to dismiss.

*Gober & Jackson, Joe Abbott, C. H. Griffin,* and *H. B. Moss,* for plaintiff. *McDaniel & Black, Brutus J. Clay, E. H. Clay,* and *Fred Morris,* for defendant.